trict court ruled that Izquierdo's argument "fail[ed] as a matter of law" based on *United States v. Matchett*, 802 F.3d 1185, 1194–95 (11th Cir. 2015), and denied it as untimely. We affirm the denial of Izquierdo's motion on the ground that it failed on the merits.

The district court correctly ruled that *Johnson* did not affect Izquierdo's sentence under the Guidelines. After Izquierdo appealed, the Supreme Court held in *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145 (2017), as we had in *Matchett*, that "the advisory Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause and that § 4B1.2(a)'s residual clause is not void for vagueness." *Beckles*, 137 S.Ct. at 895. *Beckles* confirms that *Johnson* did not affect the validity of Izquierdo's sentence.

We **AFFIRM** the denial of Izquierdo's motion to vacate.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff-Appellee

Before TJOFLAT, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Beau A. Worthington, appointed counsel for Tyrone Bobo Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Tyrone Bobo JOHNSON, Defendant-Appellant.**

**No. 16-15207**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(June 20, 2017)

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Aaron Keith REYNOLDS, a.k.a. Key, Defendant-Appellant.**

**No. 16-16392**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(June 20, 2017)